UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH RAYNELL JONES**                              **CIVIL ACTION**

**VERSUS**                                           **NO. 07-3057**

**SHERIFF HARRY LEE, ET AL**                         **SECTION "K"(2)**

### ORDER

Plaintiff Keith Raynell Jones, a pretrial detainee being held in the Jefferson Parish Correctional Center ("JPCC"), filed a *pro se* and *in forma pauperis* complaint against Jefferson Parish Sheriff Harry Lee, JPCC Warden Sue Ellen Penouilh, the sheriff's "Special Investigation Unite", JPCC, and fellow JPCC inmate Travis Freeman, seeking damages and injunctive relief for injuries sustained on two separate occasions when Travis Freeman stabbed him. Plaintiff contends that the defendants violated his constitutional rights by failing to protect him from Travis Freeman.

Magistrate Judge Joseph C. Wilkinson, Jr. conducted a *Spears*[1] hearing and prepared a "Report and Recommendation" (Doc. 13) in which he recommended that Jones's claims brought pursuant to 42 U.S.C. §1983 be dismissed with prejudice as legally frivolous and/or for failure to state a claim under 28 U.S.C. §1915(e)(2) an 42 U.S.C. §1997e(c)(1) and that his state law tort claims be dismissed without prejudice pursuant to 28 U.S.C. §1367(c). Plaintiff timely filed objections to the Magistrate Judge's Report and Recommendation (Doc. 14).

Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of those portions of the Report and Recommendation objected to by plaintiff. Upon review of the complaint,

---

[1] *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

the record, and the applicable law, the Court determines that the conclusions of the Magistrate Judge are fully supported by the controlling case law. Accordingly, the Court hereby overrules plaintiff's objections, approves the Report and Recommendations of the United States Magistrate Judge, and adopts the Report and Recommendation as the opinion in this matter.

Accordingly,

**IT IS ORDERED** that Keith Raynell Jones's claims pursuant to 42 U.S.C. §1983 are dismissed with prejudice;

**IT IS FURTHER ORDERED** that Keith Raynell Jones's state law tort claims are dismissed without prejudice.

New Orleans, Louisiana, this 5th day of November, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE